IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00279-MR-WCM

| | |
|---|---|
| RAVEN FITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| REGINA BROOKS, ) | |
| *in her individual capacity;* ) | |
| JAMARCUS NANCE, ) | |
| *in his individual capacity*; and ) | |
| KYLE ADKINS, ) | |
| *in his individual capacity* ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on a Joint Motion to Stay Current Deadlines and Request for a Status Conference (the "Motion," Doc. 32).

Following a hearing on the Motion and a status conference on November 19, 2024, the Court ruled orally on the Motion. This order memorializes that ruling.

The Joint Motion to Stay Current Deadlines and Request for a Status Conference (Doc. 32) is **GRANTED IN PART** as follows:

(1) The following deadlines are **EXTENDED**:

   a. Mediation through and including February 28, 2025.

   b. Discovery through and including February 28, 2025.

1

c. Motions through and including March 28, 2025.

(2) Trial is **RESET** to September 8, 2025.

(3) The parties are **ADVISED** that no further extensions of these deadlines will be allowed absent extraordinary circumstances.

(4) All other provisions of the Pretrial Order and Case Management Plan (Doc. 16), as previously amended, remain in effect.

It is so ordered.

Signed: November 11. 2024

_____
W. Carleton Metcalf
United States Magistrate Judge